UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE:        Keith Patrick Yonker               Case No. 2:25-bk-50538-RRM
                                                 Chapter 13
              Debtor                             Filed May 13,2025
                                                 Confirmed June 25, 2025

## NOTICE OF HEARING

**Notice is hereby given that:**

**A hearing will be held on the <u>Chapter 13 Trustee's Motion to Dismiss</u> on August 18, 2026 at 1:00 p.m. in the Bankruptcy Courtroom, located at James H. Quillen U.S. Courthouse, 220 West Depot St., Greeneville, TN   37743.**

**<u>Your rights may be affected</u>.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   If you do not have an attorney, you may wish to consult one.**

**If you do not want the court to grant the relief requested, you or your attorney must attend this hearing.    If you do not attend the hearing, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.**

## <u>TRUSTEE'S MOTION TO DISMISS</u>

      The Chapter 13 Trustee moves to dismiss this case under 11 U.S.C.  §1307(c) for the following reason(s):

An Agreed Order modifying the plan was entered on March 13, 2026, increasing and converting the plan payment from $410 monthly to $280 bi-weekly. Trustee has received no payments since July 13,2026.

Debtor is in material default of the confirmed plan by accruing a plan arrearage in the amount of $3032 since the Agreed Order was entered. The next plan payment is due July 23, 2026.

## SUBMISSION AND CERTIFICATE OF SERVICE BY CHAPTER 13 TRUSTEE

Based on information and belief, the Chapter 13 Trustee hereby certifies the correctness of the facts contained in this Motion to Dismiss, Notice of Hearing and proposed Order and hereby certifies that a true and exact copy of the same has been serviced by Electronic Case Filing (ECF) and/or by first class United States Mail (USM) postage prepaid on the following individuals as addressed below this 22 day of July 2026.

s/ Debra L. Miller, Trustee
Debra L. Miller, #19656-49 IN
Standing Chapter 13 Trustee
PO Box 59030
Knoxville, TN   37950
(865) 524-4995

Keith Patrick Yonker /   (USM)
213 Oak View Circle
Bristol, TN   37620

Jeremy D. Jones (ECF)
Dean Greer & Associates, PC

Tiffany DiIorio (ECF)
U.S. Trustee's Office