IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

IN RE:       Keith Patrick Yonker                    Case No. 2:25-bk-50538-RRM
                                                     Chapter 13
             Debtor

## ORDER DISMISSING CHAPTER 13 CASE

The Chapter 13 Trustee having filed a motion to dismiss this chapter 13 case pursuant to 11 U.S.C. §1307(c) and after notice and a hearing held, the court directs the following:

1. The motion to dismiss is granted and this case is hereby dismissed.

2. Any wage order previously entered by this court is vacated, and the employer or other entity must cease withholding income for payment to the trustee.

3. If an order confirming a plan has been entered, the chapter 13 trustee is directed to disburse the balance of funds on hand in conformance with that plan. Otherwise, the chapter 13 trustee is directed to return those funds to the debtor(s) after payment of administrative expenses, including the filing fee as required by E.D. Tenn. LBR 5080-1.

### # # #

**APPROVED FOR ENTRY:**

s/ Debra L. Miller, Trustee

DEBRA L. MILLER, #19656-49 IN
Standing Chapter 13 Trustee
PO Box 59030
Knoxville, TN. 37950
(865) 524-4995